IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01117-MSK-BNB

JOHN MCNAMARA,

    Plaintiff,

v.

GEORGE BRAUCHLER;
CHRISTOPHER OPFER;
FRANCINE GONZALEZ;
MITCHELL MORRISEY;
C. STEPHEN HOOPER;
JOHN GLEASON;
WILLIAM ROBERT LUCERO;
APRIL MCMURREY;
MONICA GOMEZ; AND
LAWRENCE BOWLING,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the OPINION AND ORDER OVERRULING OBJECTIONS AND DISMISSING CLAIMS (#58) of Chief Judge Marcia S. Krieger entered on November 19, 2013 it is

ORDERED that the Court OVERRULES Mr. McNamara's Objections (# 23) and ADOPTS the Magistrate Judge's Recommendation (# 21).  Accordingly, Mr. McNamara's claims are dismissed with prejudice, final judgment is entered in favor of the defendants and against Plaintiff JOHN MCNAMARA, and the case is closed.

Dated at Denver, Colorado this 22nd day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk